1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KEVIN LEE MCCULLOM,                      No.  2:23-cv-0513 AC P

12            Plaintiff,

13        v.

14    MERCED COUNTY SHERIFF'S            ORDER
      DEPARTMENT,
15
              Defendant.
16

17
         Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42
18
      U.S.C. § 1983.  In his complaint, plaintiff alleges violations of his civil rights by the Merced
19
      County Sheriff's Department.  The alleged violations took place in Merced County, which is part
20
      of the Fresno Division of the United States District Court for the Eastern District of California.
21
      See L.R. 120(d).
22
         Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper
23
      division of a court may, on the court's own motion, be transferred to the proper division of the
24
      court.  Therefore, this action will be transferred to the Fresno Division of the court.
25
         Good cause appearing, IT IS HEREBY ORDERED that:
26
         2.  This action is transferred to the United States District Court for the Eastern District of
27
      California sitting in Fresno; and
28

                                              1

1      3.  All future filings shall reference the new Fresno case number assigned and shall be

2   filed at:

3                           United States District Court
                            Eastern District of California
                            2500 Tulare Street
4                           Fresno, CA 93721

5   DATED: March 21, 2023

6                                                    _____
                                                     ALLISON CLAIRE
7                                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2